387 A.2d 474

**COMMONWEALTH of Pennsylvania**

v.

**Primous YOUNG, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 10, 1978.

Decided June 2, 1978.

Ronald F. Kidd, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy. Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### OPINION OF THE COURT

PER CURIAM:

Order affirmed.